

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00413-CR

## EX PARTE SERVANDO CASTANEDA GONZALES

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2007-512-C2A

## MEMORANDUM OPINION

Servando Castaneda Gonzales appealed the trial court's decision in an underlying writ of habeas corpus proceeding. He has now filed a motion requesting this Court to dismiss the appeal. Gonzales personally signed the motion to dismiss.

Accordingly, the appeal is dismissed. TEX. R. APP. P. 42.2(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Appeal dismissed
Opinion delivered and filed January 13, 2010
Do not publish
[OT06]